UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNH CAPITAL AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT K. THORNTON and ANTHONY ARAND,<br><br>　　　　　Defendants. | Case No. 09cv974-BEN (BLM)<br><br>**ORDER SETTING SCHEDULE FOR LETTER BRIEFS** |

　　On January 6, 2010, Plaintiff's counsel contacted chambers for a hearing date for a motion to compel. The Court finds it appropriate to resolve this dispute in a more expeditious nature and, therefore, will require the parties to submit letter briefs. Plaintiff shall submit his letter brief to chambers by close of business on **January 8, 2010**. Defendants shall submit their opposition on or before **January 12, 2010**, and Plaintiff shall submit his reply, if any, by **January 14, 2010**. The Court will then take the matter under submission.

　　**IT IS SO ORDERED.**

DATED: January 7, 2010

　　　　　　　　　　　　　　　　　　　/s/ Barbara L. Major
　　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

09cv974-BEN (BLM)